**Marion L. ARRINGTON,
Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104339**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: June 13, 2017

ATTORNEY FOR APPELLANT: Srikant Chigurupati, Missouri Public Defender Office, 1010 Market Street, Suite 1100, St. Louis, MO 63101.

ATTORNEY FOR RESPONDENT: Joshua Hawley, Attorney General, Gregory L. Barnes, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM

Marion L. Arrington ("Movant") appeals from the motion court's "Findings of Fact, Conclusions of Law and Judgment" denying Movant's "Amended Motion to Vacate, Set Aside, or Correct Judgment or Sentence," following an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the Judgment pursuant to Rule 84.16(b).